FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2024-2573
_____

J.L., Mother of K.B.S., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

November 15, 2024

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b). To seek belated appeal, Appellant must file a petition for writ of habeas corpus in the circuit court. *See In re E.H.*, 609 So. 2d 1289 (Fla. 1992).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles H. Williams, Lynn Haven, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.